## HUDSON v. JONES.

(Decided January 20, 1916.)

APPEAL from Covington Circuit Court.

Heard before Hon. H. A. PEARCE.

No counsel marked for appellant. JONES & POWELL, for appellee.

PER CURIAM.—Dismissed for want of prosecution.

## JACKSON v. THE STATE.

(Decided February 10, 1916.)

APPEAL from Russell Circuit Court.

Heard before Hon. M. SOLLIE.

No counsel marked for appellant.   W. L. MARTIN, Attorney General, for the State.

BROWN, J.—Appeal dismissed on motion of Attorney General.

## JOHNSON v. THE STATE.

(Decided January 20, 1916.)

APPEAL from Barbour Circuit Court.

Heard before Hon. M. SOLLIE.

No counsel marked for appellant.   W. L. MARTIN, Attorney General, for the State.

PER CURIAM.—Abated by death of appellant.

## JOHNSON v. THE STATE.

(Decided January 20, 1916.)

APPEAL from Russell Circuit Court.

Heard before Hon. M. SOLLIE.

No counsel marked for appellant.   W. L. MARTIN, Attorney General, for the State.

THOMAS, J.—Dismissed on motion of Attorney General.